UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-09152-JLS                                     Date: January 16, 2026
Title: In re Debtor Sam Usamah Khulusi

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|   Kelly Davis   |   N/A   |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:                Attorneys Present for Defendant:

Not Present                                Not Present

**PROCEEDINGS:   (In Chambers) ORDER TO CAUSE ("OSC") RE
DISMISSAL OF APPEAL FOR LACK OF
PROSECUTION.**

This case is an appeal of an Order of the Bankruptcy Court.  (*See* Notice of Appeal, Doc. 1.)  On October 16, 2025, the Bankruptcy Court issued a Notice of Deficiency, notifying Appellant Sam Usamah Khulusi that he has failed to file his statement of issues, designation of record, and notice of transcripts in this matter. (*See* Appeal Deficiency Notice, Doc. 8); *see also* Fed. R. Bankr. Pro. 8009(a)(1) (designation of the record and statement of issues) & (b)(1) (notice of transcripts).

A review of the Bankruptcy Court docket in the underlying case, *In re Khulusi*, No. 2:22-BK-13980-VZ (C.D. Cal. Bankr.), reveals that, in the ensuing three months, Appellant has not responded to this Notice with the identified filings.

Where an appellant fails to perfect his appeal in the manner specified by the Federal Rules of Bankruptcy Procedure, dismissal is authorized pursuant to Rule 8003(a)(2).  In such cases, courts apply the standard for dismissal of a civil case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  *See Nat'l Bank of Long Beach v. Donovan (In re Donovan)*, 871 F.2d 807, 808 (9th Cir. 1989) (per curiam).  Such dismissals require consideration of five factors:

---

**CIVIL MINUTES – GENERAL**                                              1

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-09152-JLS                                    Date: January 16, 2026
Title: In re Debtor Sam Usamah Khulusi

---

"(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the [opposing parties]; (4) the public policy favoring the disposition of cases on their merits; and (5) the availability of less drastic sanctions.  *In re Eisen*, 31 F.3d 1447, 1451 (9th Cir. 1994); *see also In re Phenylpropanolamine (PPA) Prods. Liab. Litig.*, 460 F.3d 1217, 1226-29 (9th Cir. 2006).

Therefore, the Court hereby ORDERS Appellant to show cause in writing no later than **February 16, 2026**, why this action should not be dismissed for lack of prosecution.  Alternatively, by that same date, Appellant may take the steps necessary for the Bankruptcy Clerk to issue a Certificate of Readiness as to this appeal.

This matter will stand submitted upon the filing of a response by Appellant or the issuance of the Certificate of Readiness by the Bankruptcy Clerk.  Failure to timely address this issue may result in dismissal under the relevant legal standard.

**IT IS SO ORDERED.**

Initials of Deputy Clerk:  kd

CC: Bankruptcy Court

---

**CIVIL MINUTES – GENERAL**                                                                 2