JS-6

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case Nos.  2:25-cv-09152-JLS                    Date: February 24, 2026
                 2:22-bk-13980-VZ
Title: In re Debtor Sam Usamah Khulusi

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:                    Attorneys Present for Defendant:

Not Present                                                      Not Present

**PROCEEDINGS:   (In Chambers) ORDER DISMISSING BANKRUPTCY APPEAL FOR LACK OF PROSECUTION**

This action arises out of the debtor's appeal of the Bankruptcy Court's Order of September 8, 2025, which imposes monetary sanctions against the Debtor and in favor of two law firms.  (*See* Notice of Appeal, Doc. 1 at 4-5.)  The Notice of Appeal was timely filed on September 22, 2025.  *See* Fed. R. Bankr. Pro. 8002(a)(1) (setting the deadline as 14 days after entry of the order that forms the basis of the appeal).

Since that time, Appellant has failed to take the steps necessary for the Bankruptcy Court to issue its Certificate of Readiness.  *See generally* Fed. R. Bankr. Pro. 8003 and 8009; *see also* (Doc. 8 (Bankruptcy Clerk's October 16, 2025 Notice of Deficiency advising Appellant failure to file a statement of issues, designation of record, or notice of transcript).)  On January 16, 2026, this Court issued its Order to Show Cause why the appeal should not be dismissed based on Appellant's failure to prosecute. (Doc. 9 ("OSC").)  The Court set February 16, 2026 as the deadline to show cause why the appeal should not be dismissed or, alternatively, the take the steps necessary for the Bankruptcy Clerk to issue a Certificate of Readiness as to the appeal.  (*Id.* at 2.)

To date, over a week past the Court-ordered deadline, Appellant has filed no response, and he has failed to remedy the deficiencies identified by the Bankruptcy Clerk.

_____

JS-6

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case Nos.  2:25-cv-09152-JLS                        Date: February 24, 2026
          2:22-bk-13980-VZ
Title: In re Debtor Sam Usamah Khulusi

_____

Where an appellant fails to perfect his appeal in the manner specified by Federal Rules of Bankruptcy Procedure 8009, dismissal is authorized pursuant to Rule 8003(a)(2).  In such cases, courts apply the standard for dismissal of a civil case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  *See Nat'l Bank of Long Beach v. Donovan (In re Donovan)*, 871 F.2d 807, 808 (9th Cir. 1989) (per curiam). Such dismissals require consideration of five factors:  "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring the disposition of cases on their merits; and (5) the availability of less drastic sanctions.  *In re Eisen*, 31 F.3d 1447, 1451 (9th Cir. 1994).

The first factor weighs strongly in favor of dismissal.  Appellant was advised of his untimeliness and failure to perfect his appeal over four months ago.  There is no indication in the record before this Court or on the Bankruptcy Court's docket that shows any attempt to take the steps necessary for before the Court may consider the merits of the appeal.

The second factor, the Court's interest in managing its docket, also weighs in favor of dismissal.

As to the third factor, the record does not reflect any particular prejudice to the law firms in whose favor the sanctions were imposed.  Absent additional information, the Court views this factor as neutral.

The fourth factor, by its nature, weighs against dismissal.

_____

**CIVIL MINUTES – GENERAL**                                                              **2**

JS-6

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case Nos.  2:25-cv-09152-JLS                              Date: February 24, 2026
           2:22-bk-13980-VZ
Title: In re Debtor Sam Usamah Khulusi

_____

The final factor weighs strongly in favor of dismissal.  Appellant was first given notice of the deficiency in mid-October.  The Court's OSC specifically gave Appellant over thirty days to take action to perfect his appeal.  Bankruptcy Rule 8009(a)(1) and (b)(1) require he file his statement of issues, designation of record, and notice of transcript within fourteen days.  And the Court's OSC expressly warned that failure to take the necessary action would result in dismissal.  On this record, the Court concludes that no less drastic sanction will be sufficient to compel Appellant to act to perfect his appeal.

On balance, the factors strongly favor dismissal for failure to prosecute.  Therefore, pursuant to Federal Rule of Bankruptcy Procedure 8003(a)(2) and Federal Rule of Civil Procedure 41(b), the Court DISMISSES the present appeal for failure to prosecute.

        **IT IS SO ORDERED.**

Initials of Deputy Clerk:  kd

CC: Bankruptcy Court

_____